UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:25-MJ-2363-JSD |
| | ) |
| | ) Charging Case Nos. 1:25-CR-0314 and |
| | )             25-CR-323 (ED NY) |
| ERIC EARNEST, | ) |
| Defendant. | ) |

**ORDER**

Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006(A), the Court hereby appoints the Federal Public Defender for this District to represent the defendant in this matter.

Dated this 23rd day of October, 2025.

JOSEPH S. DUEKER
UNITED STATES MAGISTRATE JUDGE